**Order entered December 23, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-01087-CR**

**CHRISTOPHER ANTON SIMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-76381-H**

**ORDER**

Before the Court is court reporter Karren Jones's December 21, 2021 request for an extension of time to file the reporter's record. In the request, Ms. Jones states the record is due "December 28, 2021" and asks for an extension until February 28, 2022.

On December 14, 2021, we issued an order granting appellant's motion to extend time to file the notice of appeal and, on our own motion, ordering the

appellate record due by January 18, 2022. Thus, the reporter's record is due on January 18, 2022 and not, as Ms. Jones asserts, on December 28, 2021.

In light of this and appellate rule 35.3(c) which provides that each extension on a deadline to file the record "must not exceed 30 days" in an ordinary appeal, we **DENY** Ms. Jones's request. *See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk to send copies of this order to court reporter Karren Jones, official court reporter, Auxiliary Court No. 1; court reporter Sharyl Zeno, official court reporter, Criminal District Court No. 1; and counsel for all parties.


/s/    LANA MYERS
       JUSTICE